UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Criminal No.  20-mj-7060 |
| | ) |
| DOUGLAS O. MYNATT, | ) |
| | ) |
| Defendant. | ) |

**SUBSTITUTION OF COUNSEL**

NOW COMES Elisabeth R. Pollock of the Federal Public Defender's Office for the Central District of Illinois, and enters her appearance as the attorney of record for Defendant Douglas O. Mynatt, replacing Attorney Karl W. Bryning in the above entitled case.

Respectfully submitted,
DOUGLAS O. MYNATT, Defendant

THOMAS W. PATTON
Federal Public Defender

By:  /s/ Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
(217) 373-0666
(217) 373-0667 FAX
Elisabeth_Pollock@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Elly Peirson.

/s/ Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
(217) 373-0666
(217) 373-0667 FAX
Elisabeth_Pollock@fd.org
