E-FILED
Thursday, 04 June, 2020  10:35:15 AM
Clerk, U.S. District Court, ILCD

V 1.2 - 4/27/20

# Instructions for Connection to Cisco Meeting Video Conference
## Hon. Judge Long

**Step 1.** Open <u>**Google Chrome**</u> and copy/paste the following link into the address bar:

https://join.uc.uscourts.gov/invited.sf?secret=LmoPziOad1NxEQSPvzv4UQ&id=068715238

**Step 2.** Once the webpage loads, type the defendant's name into the *Your Name* field and select the <u>**Join Meeting**</u> button.



V 1.2  4/27/20

**Step 3:** On the next screen, select the little lock icon on the top near the address bar and make sure that both the **Camera** and **Microphone** settings are set to allow. There is a webcam preview available on this screen so make sure that the defendant and whoever else needs to be in the room with him or her are both visible. There is also a bar that shows the microphone level. Please make sure your microphone is in working order and that you can be heard on the video call. After verifying camera and microphone are connected, click **Join Meeting**.



V 1.2  4/27/20

**Step 4:** Once you reach this screen, you have now entered the meeting. Please wait for the courtroom to connect their side, if they have not already.



V 1.2 4/27/20

**NOTE:** If you happen to disconnect from the hearing before it is finished, you will come across a screen like this. If this occurs click the **Join meeting** button.





At this screen enter **068715238** in the **Meeting ID** field and click the **Join meeting** button.

At the next screen enter the appropriate information in the **Your name** field and click the **Join meeting** button to re-enter the conference.

V 1.2  4/27/20

Should you need to connect to the conference by audio only please dial as follows:

**571-353-2300**
**Cisco ID   068715238#**

If you have ANY issues connecting or are having difficulties with audio or video on the federal courtroom side, please contact one of the persons below:

| **Rhonda Fleming** | **Dustin Henry** | **Aaron Wilder** |
|---|---|---|
| Information Services (Urbana) | Director Information Services | Information Services (Peoria) |
| 217-398-5247 Office | 217-492-4005 Office | 309-671-7180 (Office) |