UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 20-20035 |
| ) | |
| DOUGLAS O. MYNATT, ) | |
| ) | |
| Defendant. ) | |

MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL

Now comes Karl W. Bryning Assistant Federal Public Defender (AFPD), and moves this Court for the entry of an Order granting leave to withdraw as counsel of record for the Defendant in the above-entitled cause based upon Defendant being represented by another AFPD.

1. This case has been internally transferred to another AFPD.

2. The Federal Public Defender's Office remains appointed in this case.

3. Counsel was informed that a Motion to Withdraw was required to discontinue ECF notifications.

Wherefore, AFPD Karl Bryning requests that this Honorable Court enter an Order granting leave to withdraw as the counsel of record for the Defendant.

s/ Karl W. Bryning

Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record. A copy of this motion will be sent to the Defendant by mail.

s/ Karl W. Bryning
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org