E-FILED
Tuesday, 27 October, 2020  01:46:59 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 20-20035** |
| | ) | |
| **DOUGLAS O. MYNATT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

On October 9, 2020, Magistrate Judge Eric I. Long filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 25). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Counts 1-4 of the Indictment and the agreement to the forfeiture of items described in the notice of forfeiture is accepted. The Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for January 11, 2021, at 11:00 AM in Urbana before Judge Michael M. Mihm.

ENTERED this 27th day of October, 2020.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge