E-FILED
Monday, 11 January, 2021  11:50:59 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DOUGLAS O. MYNATT, | ) | |
| | ) | |
| Defendant. | ) | Case No. 20-cr-20035 |

**MOTION FOR LEAVE TO FILE SEALED DOCUMENT**

Defendant Douglas O. Mynatt, through his attorney Assistant Federal Public

Defender Elisabeth R. Pollock, moves this Court for leave to file documents under seal,

namely, letters of support which include a substantial amount of personally identifying

information.  Said information should be kept under seal for confidentiality.


Date: January 11, 2021                    Respectfully Submitted,

                                          DOUGLAS O. MYNATT, Defendant

                          BY:    /s/ Elisabeth R. Pollock
                                 ELISABETH R. POLLOCK
                                 Assistant Federal Public Defender
                                 300 West Main Street
                                 Urbana, Illinois 61801
                                 Telephone: (217) 373-0666
                                 Facsimile: (217) 373-0667
                                 Email: Elisabeth_Pollock@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Elly Peirson.  I also certify I have mailed the foregoing document by First Class Mail within three calendar days to the non-CM/ECF participant: Douglas Mynatt.


BY:     /s/ Elisabeth R. Pollock
        ELISABETH R. POLLOCK