**Albert Thomas Anastasio M.D.**
Duke Orthopaedic Surgery
s/redacted

Dear Judge Mihm:

Doug Mynatt was my cross country and track coach, fitness and physical education teacher, and most importantly, my close friend and mentor. I have had many mentors.  During high school, college, medical school, and now in residency at Duke for orthopaedic surgery, those mentors have played and continue to play a tremendous role in my development.  None have been as impactful as Doug Mynatt.  With grace, gentleness, and humility, Doug always steered me in the right direction.

Doug treated every member of the team the same, from the fastest to the slowest runners. He, cheered equally loudly for the last as for the first runner to cross the finish line. As a young man, watching Doug interact with his family, including his son Knox who at the time would have been 3 or 4 years old, was inspiring for me. It was obvious Knox looked up to Doug with tremendous respect, the same way I hope my children will some day look to me.  It is hard to believe Knox has already begun his own journey on the Cross country and track teams at Uni High! I wish the best for him. He is a great kid, and has a wonderful family behind him both in the immediate sense and with regards to the larger community Doug and Susan have shaped for him.

Doug and I traveled to Clarksdale, Mississippi several times through my high school years. There, we worked side by side, sweating in the Mississippi heat to build homes for Habitat for Humanity. Doug was a Peace Corps volunteer.  He has a true heart for the poor, and he demonstrates that not with talk, but with action again and again, sacrificing his time and effort.

Doug and I have continued our relationship through text and the occasional visit when I am able to leave my training as a surgeon and travel home, even though ten years have passed since I was athlete on Doug's team. Doug has maintained his support for me throughout the ups and downs of my medical training. One of his most recent texts to me is simply this: "take care of yourself."
Doug was never overly competitive; he was never mean or overbearing in his methods. He was supportive.  Gentle.  Humble.  Through his example, he guided us to be dedicated but also

noble athletes. I think often about my time on his teams, and the privilege it was to have had him as a coach.

Sincerely,

Albert Thomas Anastasio, MD

July 30, 2020


The Honorable Michael M. Mihm
112 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL  61602

Re: United States v. Mynatt
    Case No. 20-mj-7060


Dear Judge Mihm,

We are writing on behalf of Doug Mynatt.  We have known Doug for about 8 years.
Doug served as the cross-country coach and PE teacher at the high school in Urbana,
IL that two of our children attended.  Because of the small size of our school, we came
to know Doug relatively well and interacted with him regularly at school and at events
outside of school.  We found him to be a very supportive, encouraging teacher and well-
respected by his students and colleagues.

Our son, Jonah, ran on the cross-country team that Doug coached so our family
developed a close relationship with Doug.  He was a role model for our son in many
respects, and for many of the other runners.  He set a positive tone for the team and
facilitated a close bond among the team members.  He found a good balance as a
coach, encouraging and supporting his runners without pushing them too hard.  Without
a doubt, being on the cross-country team was one of the single most beloved
experiences our son had at Uni High.

Since graduating from high school, our son has continued to run cross country in
college and he has made a concerted effort to stay in touch with Doug into his college
years, sharing his experiences and accomplishments with Doug.  Doug's continued
encouragement and affirmation meant a great deal to Jonah, and he eagerly sought
Doug out at NCAA Division III college meets where Doug showed up to support Uni
alums.

Doug also chaperoned the annual Habitat for Humanity trips to Mississippi that Jonah
participated in during his junior and senior years at Uni.  Doug would lead morning runs
with the students and was genuinely invested and committed to the work they were
doing to build homes in this impoverished community.

Doug showed his sense of humor at school, participating in fun antics with students and
other faculty.  We enjoyed easy conversations with Doug at cross country meets and
other school and community events.

All of us in our family felt deep anguish when we heard of Doug's arrest.  Doug was such a respected mentor and leader at Uni, that the news came as a huge shock, something none of us could quite believe.  In our many years at Uni, we had come to know Doug, along with his wife and son, and the allegations we heard about him did not seem at all consistent with the man we knew.

We very clearly understand the gravity of the issues leading to his arrest and hold him accountable for his behavior. And we very much hope that Doug is able to receive the professional help that he needs to heal and rehabilitate in the months and years ahead.


Most Sincerely,

s/Andrea Herzog

s/Steve Herzog


Andrea Herzog

Steve Herzog 

June 3, 2020

TO: Judge Milm

Re: United States v. Mynatt

Case No: 20-mj-7060

Doug Mynatt is my son. His father is deceased.

He grew up in Knoxville, T.N. We lived near many relatives. Our family attended church regularly.

Doug always look forward to our annual family reunion.

He is a University of Tenn. graduate.

He had part time jobs to help with tuition and books.

Doug, also helped his grandfather by taking him for groceries, etc.

Doug has a kind heart.

Sincerely,

s/Ann Mynatt

(Doug's mom)

I have worked with Douglas Mynatt for over 20 years, as his fellow teacher and volunteer leader at University High School in Urbana IL. During that time, I have known him as a dedicated and exemplary educator and coach. His commitment to the wellbeing and success of his students and athletes has been an inspiration to me, and that is not praise I offer lightly or without proper reflection.

Before my retirement from teaching in 2018, for over 20 years, Doug and I led weeklong volunteer trips of Uni students to Coahoma County in the Mississippi Delta to work with local Habitat for Humanity affiliates there. Volunteering in Coahoma County (one of the five places in the country visited by President Clinton in 1999 during his "Poverty Tour" of the country and recently named as the 9th most disadvantaged county in the nation) is a significant challenge for the mostly privileged students of our school, and an equal challenge to the adults responsible for supervising the trip. During those weeks of hard physical labor and living outside the usual comfort zone, Doug was the consummate leader. Whatever he was asked to do—coordinate various construction projects, leading early morning jogs for those so inclined, maintaining an atmosphere of respect towards others in the group as well as towards the local communities with whom we were partnering—he did, with the utmost competence and magnanimity. It is truly rare for two leaders to work together for 20 years in such potentially trying circumstances without one moment of disagreement, but that is the reality of our collaboration. I, however, was not the only beneficiary of his gifts and talents. Students routinely clamored to be on his work crews and often developed, during those weeks, genuine comradery and connection, both to each other and to the homeowners they were serving, and the local construction supervisor valued Doug's contributions as much as the rest of us.

These weeks have been routinely described by our often-sheltered students as eye-opening and life-changing experiences and in those close quarters, I had many opportunities to observe Doug's interactions with the young people. On the work sites and in the intense discussions of their experiences in the Delta, Doug was unfailingly supportive and encouraging. In informal interactions, he was equally positive, and even when student conversations turned to possibly risqué subjects (in which teen-agers are often wont to indulge), Doug remained removed. In no instance whatsoever did I observe *anything* that might be construed as inappropriate or dangerous in his interactions with the students, the adults, or the local community members. And neither, as far as I can ascertain in my conversations with other leaders, did anyone else. He was an outstanding contributor to everything we were able to accomplish during those times of intense and transformative learning.

/s/ William Sutton

July 5, 2020

Re:    United States v. Mynatt
       Case No. 20-cr-20035

Judge Mihm,

I have known Doug Mynatt since 2005.  He was my daughter's cross-country (X-C) coach at Uni High School her Junior and Senior years.  I attended all cross-country meets in town and out of town.  I have also continued our friendship through the years, since I run with his wife, Susan Mynatt.  Doug is a person I admire for his dedication to his coaching and his family.

Uni High School was known for its smart students, but never for its athletes.  Doug changed that around.  Each student came out for X-C to hang out with their friends, have fun, and run.  My daughter had run in middle school, but swimming was her sport and so had to decide on a Fall sport.  She decided to run X-C because "Doug did not put any pressure on the students".  Expectations and pressure at Uni High come from the students themselves.  Doug's coaching was low key, relaxed, and offered the training needed to excel for any student at any level.  I watched Doug treat every student fairly, equally and with respect, no matter what level (slow or fast) of running the student was capable of attaining.  My daughter placed 7th and 3rd at State her Junior, Senior years, respectively.  It was the "no pressure" coaching and the confidence that Doug gave my daughter, Michelle Mehnert.  Michelle went on to compete in Triathlons to try to make the 2016 Olympic team.  Doug's X-C teams have continued success and have a reputation for being one of the best in the state of Illinois.

During those 2 years of attending X-C meets, I observed a coach that was patient, kind, caring, respectful and a great father too.  It was during my daughter's first year of X-C when he and Susan became parents.  Susan, on occasion, would bring Knox (their son) out for the X-C meets.  I observed how proud Doug was of his family and how much joy it brought him to have them attend the X-C meets.  This did not distract him from his coaching duties, but only added balance for his time away from his family.

Through the years I have seen Doug from time to time at running events and we exchange Christmas cards.  Doug and Susan have balanced life, work, and family by sharing all the family duties.  Since Susan has been able to run half marathons and Knox has competed in archery, and other school activities, Doug would have been the supporting parent/husband.

Sincerely,
s/Brenda Bouche Mehnert


Brenda Bouche Mehnert

**Elisabeth Pollock**

| | |
|---|---|
| **From:** | Butler, John Christian s/redacted |
| **Sent:** | Monday, April 6, 2020 2:46 PM |
| **To:** | Elisabeth Pollock |
| **Subject:** | Character reference |

Dear Judge Mihm,

I've been asked to give a character reference for Doug Mynatt. I've known Doug some 25 years as a colleague and friend at University High School. From my perspective, he has been one of the kindest and most loved teachers at Uni. He is reserved without being withdrawn, having a calm demeanor and quiet sense of humor that never suggested anything off color. In short, he is the last person I would suspect of the crimes he apparently has committed. I've never seen any signs that would hint at this behavior. Also I have to say I have limited contact with him since the PE department is located at Kinney Gym, a block from Uni's main building, so I've rarely seen him outside of monthly faculty meetings.

My closest contact with him was over a ten-year period (roughly 1997-2006) when we went on yearly school trips with about 20 students to Mississippi to work for Habitat for Humanity. Since we shared musical interests and were friends, we drove one of the two vans of students down and back. At the work sites, since he was one of the more skilled workers, Doug worked alone part of the time while helping students with their work the other part. Being the track coach, he also went on early morning runs with several students, both boys and girls. Our living quarters were cramped, and while somewhat public, probably offered the best opportunities for socializing with the students. In all these situations, he chose to hang out with me and other teachers rather than the students. It was always students, boys and girls on the track team, who would want to hang out with him, but not excessively. He just seemed to relate well to the kids in a healthy way. At no time did I see anything that would suggest untoward behavior.

In summary, until the recent revelations I always considered Doug Mynatt one of the finest people I've ever known and perceived no red flags that would have suggested the behavior in question.

Sincerely,
Chris Butler
History teacher at University High School

1



Harpur College of Arts and Sciences

**Department of Economics**

PO Box 6000
Binghamton, New York 13902-6000
607-777-2572, Fax: 607-777-2681

April 8, 2020

Dear Judge Mihm,

I'm writing on behalf of Douglas Olin Mynatt. I was a student at Uni High for five years, graduating in 2003. Doug was my P.E. teacher, my track coach for five years, and my cross country coach for the last three years of high school. We also went on Habitat for Humanity trips to Mississippi together. Between these roles, especially as my coach, I've surely spent more than a thousand hours around him.

Of all the teachers and coaches I had growing up, I believe Doug had the most influence on me. He modeled a way of conducting himself in which hard work and focus are fun, challenges are a pleasure, and whining is unthinkable. He combined this toughness with the ability to connect with people such that they felt he really listened to them, noticed them, and understood them. His leadership style gave clear direction, but he left room for us to learn to be leaders, too, and built a culture where the center of attention was purely the students.

I work as an economics professor now, and I know that the way Doug treated me and the other students when I was in high school has been an enormously important model for me about how to interact with students, and especially for how to advise PhD students. I hope that some of them will in turn pass this cultural legacy on to others.

Doug has always been so warm and supportive to me, as he has been to so many other Uni students. When my dad died two years ago, Doug and his family came to the memorial service to comfort me and my brother, who also ran track at Uni. I had been hoping to introduce Doug to my infant son Isaac the next time I came to Champaign. I hope I have the chance to do so before Isaac gets too old.

I'm sure that Doug is prepared to accept the consequences of his actions – not that he has a choice. But in choosing appropriate consequences, I want you to understand that this is a person who has shown exceptional character – selfless and self-disciplined – in every other aspect of his life and has had deep positive influence on hundreds of people.

Sincerely,

s/David Slichter

David Slichter
Assistant Professor of Economics
Binghamton University (SUNY)
s/redacted

Judge Mihm,

My name is Eddie Kilby and I am writing on behalf of Doug Mynatt. I have known Doug since the 2nd grade. We grew up on the same street in Knoxville, Tennessee, played on Junior Pro Rec League teams together, went though high school together, and were in each other's wedding.

During those years I came to know Doug as a person who cares for others. Three examples stand out to me. First, during our late teenage years or early 20s Doug "volunteered" me to help distribute food at the local Knoxville Area Rescue Ministries. I had no idea about the distribution the week of Thanksgiving, but Doug had found out about it. He volunteered to help out and thought I should come along. I'm glad I did!

A second example of Doug putting his concern for others into action was when he joined the Peace Corp in the late 1980s. During this time he traveled to Mali, Africa. If my memory is correct I believe he helped a local village with farming techniques.

Finally, a simple act of kindness that has always meant a great deal to me. As I stated before Doug lived just down the street from me. After he moved to Illinois, Doug would come home a couple of times each year. Not always, but more often than not Doug would stop by and say, "Hi," to my parents. This especially pleased them when he would "show off" Knox, his son. Trips back home can always be busy and not long enough, but Doug would make time for my parents with his "surprise" visits. I am forever grateful for the kindness he showed my Mom and Dad.

Thank you for your time and I appreciate you letting me share some brief stories about Doug.

Sincerely,

s/Eddie Kilby

To His Honor Judge Mihm

We are writing in support of Doug Mynatt.  We have a special connection to Doug he is our son-in-law.  We have had a good relationship and Doug has treated us with respect and love. He with our daughter have raised their son to be a fine young man.  He spent time with his son who he loves very much,  doing hiking, swimming, coaching him to be a cross country runner, helping with school projects, and listening to their favorite music.   He was a dedicated track and cross country coach.  Being there early mornings for practices and late nights in all kinds of weather for meets.  He took a group of students every year for several years to Mississippi to volunteer for Habitat for Humanity.  We have seen the respect that his students have had for him. He has worked his sons basketball games as scorekeeper.

We love Doug and only want the best for him.

Francis and Margy Osterbur

 Gmail

**(no subject)**

James Jackson                                                    Wed, Jul 8, 2020 at 7:51 AM

Dear Judge in supporting Doug Mynatt                          Thank you for
reading my email; for this email I want to tell you about this man. Iam Minster in Mississippi African American it was hard. My eyes was open when I saw a white group people mainly of kids from high school come to my community and make a different in building of houses in African American community and this man Doug Mynatt was part it my hope is that this email help him and his family because God know he help me my community.                    God bless
                                        James E Jackson of Clarksdale, Ms

May 25, 2020

Judge Mihm
U.S. District Court

Re:  United States v. Mynatt
Case No. 20-mj-7060

Dear Judge Mihm,

I write in support of Doug Mynatt, who has been charged in the above referenced case. I have known Doug since 2006, when I joined the faculty at University Laboratory High School in Urbana, Illinois, where Doug had been a teacher and coach since the 1990s. Uni High is a small school, with only about 320 students across five grades (8-12) and a faculty/staff of about forty. Given its small size, Uni High is a place where close relationships develop, both within and across the various groups of constituents (students, faculty/staff, parents, etc.). In 2017, I left Uni to move to another state after my spouse took a new job. Nonetheless, I have remained in touch with many people I knew from the school, including Doug, through correspondence and visits. Like other members of the extended Uni community, I was absolutely shocked to learn of the charges against him, finding them extremely hard to square with what I knew of Doug and his priorities, from the fourteen years that we had been colleagues and friends.  I thus write this letter to share what I know about Doug as a teacher, mentor, coach and colleague.

As a selective admission public laboratory school, Uni High is known for its academic rigor. But for many years, it has also stood out for the excellence of its physical education and athletics programs. Under the leadership of former Athletic Director Sally Walker, the PE program put an emphasis on fitness. Students in all grades knew that at least every other day, they would spend the PE class running, to prepare for the requirement of participating in a 5K race at the end of the year. As one of the PE teachers and the head coach for cross-country and track for many years, Doug Mynatt was known for his steady discipline, his commitment to personal fitness, and his ability to inspire rigor and excellence in student athletes. He often jogged around the track with students during PE class, dropped to the floor to demonstrate the correct form when doing calisthenics, and invited alumni to join in a "fun run" before the annual alumni reunion pizza party. Students whom Doug coached repeatedly made it, as teams and individuals, to state-level competitions and/or continued to participate in sports long after they left the school.

Doug was a consistently appreciated teacher – someone that students would stop to talk with when he walked down the halls of the main building or go out of their way to see when they returned to the school as alumni. Although relatively quiet, he was genuine and engaging to be around. One of Doug's traits was that he was known to tell good stories: about growing up in Tennessee, adventures he had had while serving in the Peace Corps in Mali, or running races in less than ideal conditions. Everyone, including students, simply called him "Doug," and he was known as an unassuming and soft-spoken guy, who could be counted on to do his part.  In brief, he was a person that everyone liked and was happy to interact or work with.

Although Doug and I crossed paths in faculty meetings, in hallways, serving together on various committees, the place where I got to know him best was when we both served as chaperones for service learning ventures – week-long trips with Uni students where we volunteered with Habitat for Humanity affiliates in the Mississippi Delta.  These trips were originally organized by a

colleague of ours, Bill Sutton, who had previously participated in Habitat work trips in the Delta. When Uni students became interested in making these trips during the annual week of alternative learning known as "Agora Days," Bill Sutton put the word out that he was looking for faculty to serve as chaperones. Doug Mynatt signed up for the first Uni Habitat trip in 1997 and continued to do this every single year, for about 20 years.

When I was invited to serve as a chaperone for the first time in 2012, Doug's presence on the trip was one of the factors that made students clamor to be selected to attend. They wanted to ride in Doug's van, to be a part of his work crew, and despite the physical labor that we engaged in all day on construction sites, many of them woke early enough to go on a morning run with Doug before breakfast. Here again, I witnessed the traits that drew students to Doug: his sense of humor, his ability to rally the group to work hard, the stories he would tell if you stuck around.

But I also saw the characteristics that endeared Doug to the other adults: his wide-ranging construction skills and willingness to take on any task, no matter how grueling or inglorious; his ability to connect naturally with the construction supervisors and other local residents whom we met through Habitat; his patience and respect for students, as they tried to articulate personal responses to the deep-seated poverty that they were encountering often for the first time. As I became a regular participant in these annual trips, returning every year until 2018, I saw how different variables -- unseasonably cold weather or unforeseen dynamics within the group of students – could alter the feel of the week. But one thing that never seemed to change was the constancy that Doug's competent presence provided, and I appreciated all the more how hard-working and easy-going he was, regardless of the circumstances. I saw again and again how hard he worked, the fact that never complained, he connected with and appreciated others, and showed up when and where he was needed. For these and other reasons, Doug was a tremendous asset to the program and to the school as a whole.

The last observation that I would offer about Doug Mynatt is to stress how devoted he is to his family. He and his wife, Susan, have a son, Knox, who has just completed his first year at Uni. Susan and Knox often joined Doug at school athletic events, and in the way that Doug's face lit up with joy the moment he saw either of them, it was clear that they are the light of his life. When Knox was admitted to Uni, the family planned and made a special trip to Maine to celebrate the milestone together. Doug and Susan take joy in attending Knox's activities, but they are also simply committed to raising him to be confident, considerate and kind to others. I have exchanged letters with Doug during his incarceration, and I know that more than anything else, he worries about Knox's and Susan's well-being and longs to be reunited with them.

I hope that you will take this and other information into account in determining the court's response to this case. Thank you for your attention and consideration.

Sincerely,

s/Janet Morford

Janet Morford (former teacher and department head, University Laboratory High School)
s/redacted

May 13, 2020     Dear Judge Mium,

I am writing this as a letter of support for Doug Mynatt.

For over 20 years, I was involved with boy scouts, girl scouts, church activities, music lessons, sport activities, and all things kids. Doug Mynatt has been one of a handful of teachers, coaches, etc. that I describe as a teacher and mentor for a balanced life. I had the honor of meeting Doug Mynatt when my youngest child attended Uni High. It was a new school and experience for both my child and I. Doug was one of the first teachers that I met when I reached out to him the summer before subbie year to ask about Cross Country. Doug was kind and gracious answering all of my questions and easing my nervousness about the new experience. Doug always treated the cross-country athletes fairly- it didn't matter if you were fast or slow- it mattered that you were there trying. As I learned the sport and my child continued to run (though he was never varsity or very fast), I became a team mom helping coordinate snacks and drinks for the kids. Then, eventually became president of the Booster Club in support of all Uni athletics. I was around the kids, Doug, and his family at school year-round as my child (and I) also helped with other sports. One of the things that I always appreciated about Doug was that all of the kids seemed to genuinely want to be there- even if they weren't running on the varsity squad. Doug was also at the finish line for every runner- even the one that came in "last". Additionally, he encouraged the students to all support not only their own team but also the other runners on the field. One particular meet that was brutally hot (over 100 degrees with heat index) - I watched coaches screaming at the runners to "be tough" and "you must finish" even as they had clear symptoms of heat exhaustion while they stumbled to even stay upright (and were later taken in an ambulance). Doug put the health and safety of his team before winning, even before requiring them to run. I remember thanking him after that meet for treating the students and families with respect and setting a good example. I feel that my child continued with cross-country, developing lifelong healthy habits, because Doug created an environment for the students to have fun, learn, and grow- even if they weren't the fastest or strongest. He approached the students and parents with a calm, reassuring, and professional demeanor that supported sportsmanship.

It was Doug's indirect influence that spurred me to go back to school for a MS in Kinesiology and I am currently working toward a PhD. When my child was on that subbie cross-country team, I made a comment about shaving a few seconds off his time. My teenager shot back- "you think it is so easy, you try it". I started running. From there, I turned a hobby into a career. I work with undergraduate students daily that will become PE teachers, physical therapists, etc. reaching their career goals in part, because Doug Mynatt quietly influenced my family toward a healthier lifestyle of physical activity.

Another significant and appreciated influence for me and my child were the Habitat for Humanity trips to Clarksdale, Mississippi. Because Doug gave his time and energy to volunteer on these trips each year- my child was able to have an experience that help guide him toward his future goals. He was able to experience what it was like to help others- unconditionally. I will be forever grateful that Doug was there to mentor and guide in the home and character building. My child is now an expert in health disparities and social determinants of health as he pursues his PhD continuing the work that started with those trips and the influence of mentors like Doug and others.

I appreciate that Doug and his family were part of my child's life- as a teacher, as a mentor, and as a friend. Doug is one of a few teachers/coaches that exhibited a lasting connection to the parents and students while supporting learning, growing, and kindness. For that, I write a letter of support for a man that positively influenced my family's life through his teaching and coaching.

                    s/Jeanine Bensken

Jeanine Bensken

Jeffrey W. Helfrich
s/redacted

April 7, 2020

Dear Judge Mihm,

I am a 1999 graduate of University of Illinois Laboratory High School (Uni). Doug Mynatt was an assistant cross-country coach during fall of 1995, my freshman year, and took over as head coach that spring during track. I ran on both the track and cross-country teams and was captain of both in my senior year. I saw Doug virtually every day of my time at Uni, often for a couple hours. In my experience, Doug was a thoughtful, kind, and caring person.  He taught me and my teammates numerous life lessons about setting goals and achieving them. He was an exemplary coach in terms of getting the best out of his athletes. Over his tenure he has coached numerous athletes to all-state performances in track and cross country, including me. He cared about each runner whether he or she was the fastest or slowest on the team— he just wanted every runner to do the best they could. In my time at Uni, I never saw Doug act in a way that could be considered inappropriate toward any student. If anything, if he overheard questionable "locker room talk" among his athletes, he would shut it down promptly and chastise us for it. He also taught us that the outcome for the team was vastly more important than individual outcomes. The things I learned from Doug have helped me repeatedly throughout the course of my life.

Doug also introduced me, a privileged white male, to the idea that those who are given much should be willing to help others who, through no fault of their own, have less opportunity. I learned this lesson on a trip to Clarksdale, Mississippi that Doug led with another Uni teacher, Bill Sutton, to build houses for Habitat for Humanity. That trip was the first time I truly saw and understood some of the structural challenges of poverty and the harms discrimination can cause. Doug has taken students on that same trip for over twenty years. This trip was one of the most meaningful of my high school experience and has informed my volunteer and philanthropic efforts to this day.

I recently finished a term as President of the Uni High Alumni Association and so I have had occasion to see Doug at least once a year for the past several years.  At no time during those visits did I observe any behavior that led me to believe that Doug was any different than he had been while I was in high school.  As the father of young daughters, I find the crimes to which he has admitted as abhorrent as anyone.  You will have plenty of evidence regarding those.  I felt it was also important for you to know that, in addition to the harm he has caused through these acts, he has also had a very positive impact on me and I presume many of his other students and athletes over the years as well.  I hope that providing you with this more nuanced view of a clearly complex individual will be useful as you consider his sentence.

Sincerely,
s/Jeffrey Helfrich

Jeffrey W. Helfrich

May 21, 2020

Dear Judge Mihm,

This letter is to share a few thoughts with you re: Doug Mynatt.

I had two kids attend University High School. My daughter Sarah knew Doug as a PE teacher. My son Jonathan ran both Cross County and Track from 2009-2014 and it is in this later context that I know and appreciate Doug.

As a former runner, and as a parent, I have nothing but positive things to say about Doug Mynatt as a coach.

- Doug ran a very strong and welcoming athletic program. In a "no cut" program, his teams were large and the spectrum of running abilities was great. It didn't matter. Everyone was welcome, everyone could improve, and everyone was part of the team.
- The balance of his practices was great. The kids had fun, and they ran hard. The team culture was strong. Karl Knox was a long time assistant, and other coaches came and went. Following Doug's easy going and organized manner, the kids were never yelled at – only encouraged.
- Uni had successful teams, year after year. Doug was the constant factor in this. He understood Cross County and Track, and understood his runners. He gave them the support they needed, and they enjoyed being on a strong team.
- Uni High did not have a track of their own, but they were able to train on UIUC's indoor track in the Armory and each year could host four informal early season meets for the schools they normally ran against. Doug worked hard as the "host" for these meets, and I think the goodwill that Doug extended to other coaches and their teams contributed to the positive vibe that existed between Uni and St. Joe-Ogden, Unity HS, Mahomet, Monticello, St. Thomas More and the other area schools. This area produced the strongest running programs in the state of Illinois, and I want to comment that the coaches were friendly to each other, and to each other's runners, and that modeled something very important to the athletes. Doug was clearly a part of this tone setting. And for that I'm very thankful.
- Doug's interaction with the parents of the runners was positive. All of us had reasons to check in with Doug from time to time (injuries, providing snacks, travel arrangements) and Doug was always helpful,

accommodating, positive, and organized.  At the athletic banquets each season we got to hear Doug's affirming words about the team and individual runners.  Those comments were always in line with our kids experience, and what we observed on the track or out on the cross country coarse.  Steady, positive, low-key, brief, and confident.

My son Jonathan has participated on organized baseball and basketball teams, growing up and I've cringed many times watching and listening to his coaches.  In five years I never once cringed at what Doug said or did.  And in five years I only missed a couple of meets.  Doug never disappointed us.  He was rock steady and totally dependable.  He was always the "right amount of coach," not too much ever, and always enough.

My son also participated in University High School's Habitat Club, including weeklong Habitat for Humanity trips to Mississippi.  Doug was not in charge of these trips, but year after year he went on them as an assistant sponsor.  Doug was in a supporting role, and I know the director of these trips always praised Doug for all he was willing to do to make these trips successful.

In summary, as a former cross country and track athlete, and as a parent, I was always highly thankful for Doug Mynatt being my son's coach, and I still am.  Running was a big part of my son's experience in high school and it was nothing but positive for him and the others on his teams.

Doug always wore a Tennessee Volunteers orange baseball cap.  I have lots of memories of scanning a field or track to find the location of the Uni runners, and picking out that orange cap - usually on the edge of the group, checking in with one or another of the runners.

s/Jeff Yockey

Jeff Yockey
Parent of Sarah and Jonathan Yockey – students at University Laboratory High School from 2007-2014.

s/redacted

1-Aug-20

Judge Mihm:

This letter is being written in support of Doug Mynatt. I have known Doug for over 20 years, and have known his wife (a former student of mine) for nearly 30 years. I met Doug through coaching, as he was the cross country and track coach at Uni High, while I filled those same roles at St. Joseph-Ogden High School.

I always found Doug's teams to be well prepared, as well as gracious in both victory and defeat. This level of good sportsmanship was reflective of Doug's attitude; his teams were always quite competitive, but Doug genuinely appreciated good effort, whether it was displayed by his athletes or athletes from another team. I always looked forward to the meets that included Doug's teams—even though there were some highly competitive contests between our teams, the atmosphere was always more collegial than adversarial.

My observations of Doug as a coach told me that he was coaching for the benefit of his student-athletes, rather than any personal accolades that might have come with success. He definitely put his athletes first. I recall talking to him after his girls' team won the second-place trophy in the 1A State Cross Country Meet in 2014. I had retired from coaching but attended the meet and was happy to congratulate him at the awards ceremony. He thanked me, but immediately gave credit to his athletes, while minimizing his own efforts.

I have also had multiple opportunities to observe Doug in his role as a father over the years, and always found him to be a patient and caring parent. I have literally watched his son Knox grow up and finally get to run for his dad. Knox is a gracious, humble, and fun-loving young man, which is a tribute to the upbringing provided by both his father Doug and his mother Susan. He is the type of young man that I always hoped my own children would choose as friends when they were growing up.

If you have any questions regarding my experiences with Doug, please don't hesitate to contact me at your convenience. Thank you for the opportunity to voice some of the positive experiences that I have had with Doug over the years.

Respectfully,

s/Jim Acklin



Jim Acklin

Cross Country/Track Coach, St. Joseph-Ogden High School (retired)
Superintendent, St. Joseph-Ogden High School (retired)
Interim Superintendent, Edgar County CUSD #6

June 4, 2020

Judge Mihm:

Re: United States V. Mynatt
     Case No. 20 mj 7060

I have known Doug Mynatt more than 40 years. He was a member of our youth group years ago. He was always a good person.

I visited him several times in Savoy, Il. and he was always kind to Susan and Knox.

Enclosed is a poor copy of his family 2019 Christmas Card. Looks like fun to me.

                    Sincerely,
          s/Jim Ausmus

          s/redacted

Doug Mynatt    Case No. 20mj 7860



THE MYNATTS

Doug Mynatt                    Case No. 20 mj 7060



What a year!

Just some highlights from 2019:

Visited Acadia National Park, Bar
Harbor, ME - hiked lots of trails, dodged
mosquitoes, and ate lobster
Hiked the Alum Cave Trail in the Great
Smoky Mountains
The number of Mynatts at Uni High
increased by one - Knox was admitted to
the Class of 2024

Looking forward to more adventures in
2020!

May 1, 2020

Joel Beesley

s/redacted

Judge Mihm,

I am writing to you today to share the Doug Mynatt I and many in our community knew.  To preface what I am about to say, when the extremely unfortunate news broke, my college age boys commented "Uncle Doug??".

I first met Doug Mynatt in Fall of 1995 as I joined the Uni High Athletic coaching staff as the head boys' basketball coach.  From that point on, we have worked together and shared many family moments along with collegial experiences.  My wife and I attended he and Susan's wedding, his son Knox would join me in Little League dugouts during my son's games and I in the crowd during his games.  All being said the Mynatt's were a regular family whom everyone loved.

As for Doug individually, I have always been impressed with his care for those who were in need.  His work with the Habitat in Humanity and trips to Mississippi matched his social media posts of concern for those less fortunate.  At school, Doug was admired and respected by students and staff for his care but firm leadership in the PE and Athletics Department.  One of my ex-players who eventually took the reins of the boys basketball program a few years ago, recently commented "..I am so sad, Doug was such a great asset when I became a coach.  He would listen, give advice and just a calming influence as I learned the ropes."

Due to our school's facilities, while we work together daily, we can go a week or more not seeing each other due to the distance between offices and classrooms.  With that said, I feel I keep up with him and his family via Facebook.  Weird, but true despite working together.  The Doug that I and many knew was the family man who stopped coaching track in the spring so he could be around Knox more during his school activities.  Doug was the man who learned archery so he could help and enjoy his son's interest.  Doug was the man who came to open the weight room with his son at his side.  And Doug was the man who was seen supporting high school athletes at their activities typically with his whole family in tow.

Obviously, I have written "Doug was" frequently.  This is definitely not what I want to or would ever have thought I would be writing to a judge.  The Doug I read in the media reports is the not the man I nor anyone else would have ever thought.  The Doug I knew was a family man who cared about people and his students.  He was the man taking family trips throughout the United States and sharing photos.  He was the man stepping in to help coach his son's teams when in need.

Without knowing more details, I still feel that is who Doug is, but a man who needs help in eliminating a very disturbing addiction.  I so feel for his family during this time, but also feel deeply that Doug is a good man who is in desperate need of therapy.

Sincerely,

s/Joel Beesley

Joel Beesley

June 15, 2020

Dear Judge Mihm,

My name is John Hassan and I am writing to you on behalf of Doug Mynatt. I was married to Doug's sister, Karen, for twenty years and I have known him since 1990.

Doug and I became friends over the course of my regular visits to his parents' home in Knoxville, TN. Doug and I bonded over various things from music to sports and food. We could always find things to do which allowed Karen and her mother to have their alone time during the visits. Doug showed me Knoxville in a way that helped me integrate easily into the Mynatt family, all of whom I came to love very much.

Early on, two things about Doug stood out to me. He was exceptionally kind and considerate to his mother when it came to dealing with her cantankerous father. Doug made time to go with his mother when she visited her Dad in the facility where he lived or Doug would go over there on his own and accomplish a task or just spend time with his grandfather. These activities are not heroic but they say a lot about a 27-year old man with his own life to live. He could have easily declined to help. He did the opposite. His mother's gratitude was profound and it was nice to see their relationship in this light.

Doug's Peace Corps service is the other thing I recall vividly from those first years of knowing him. We helped him pack and sent him off to West Africa. Unfortunately, that experience was truncated and Doug came home early for reasons beyond his control. I remember being sorry for him but was always impressed by how he took it in stride, salvaged many lessons and grew from the whole experience.  His interest in Africa spurred me to learn more about the wider world and I have maintained a more aware posture ever since.

I have also seen Doug as a friend, brother, coach, husband, and father. He has shined in all of these roles and it never surprised me. I know he has a kind, open heart. I know he takes his responsibilities seriously. Doug and I became close because we are similar in how we treat people and how we see the world.

The path that led Doug to where he is now is unknown to me. But, through recent communications, I know he aches over the pain and hardship he has put his loved ones through. I know that he fully understands the severity of his actions and also that our society demands accountability and a reckoning. I also know that the man I have known these 30 years is strong enough to face the consequences of his actions and, when the time comes, rejoin society and lead an honorable, productive life.

Thank you for your consideration, your honor.

Sincerely,
John Hassan

July 2020

Judge Mihm,

I am writing this letter in support of my brother Douglas Olin Mynatt.

Doug is my only sibling, two years younger than I. Besides our parents, no one has known Doug longer.

Some say a family member will always be biased and lean towards the positive. Pretty sure, however, that a person can be quite honest when asked about a family members' character.

> Simply put: Doug Mynatt is one of the finest humans I've ever known.

Doug and I grew up in Knoxville, TN and we both agree that we had an idyllic childhood.

We lived next door to our maternal grandparents until Doug was eight-years-old. We grew up running from our front door to their back door all day long. We had many aunts, uncles and cousins. Our parents were young and not wealthy, but we had everything a child needs. We were not abused, neglected, ignored or exposed to violence. We were taken care of, encouraged, loved.

We were also supported by a "church" family at Second United Methodist Church who were as real as blood relatives. Even though Doug and I haven't lived in Tennessee for many years, these people are still in our lives thanks to Facebook, etc.

Because our family wasn't wealthy we always lived in a small home – the largest being a three-bedroom, brick ranch in the suburbs. (You get to know your family pretty well in a small house.) Doug always had plenty of friends in the neighborhood and at school.

Doug is a good person. He's intelligent, witty and bright. He's athletic; loves the outdoors, running and hiking. We share a huge love of music. He's dependable, dedicated and loyal. If he was *ever* in any trouble, it was only a very few times -- nothing of great importance. He's conscientious about people and the environment. And he abhors any kind of injustice, intolerance or prejudice.

He is not loud, obnoxious or abusive to anyone or any thing. We're both the kind of people who carry crickets and spiders outside of the house, instead of squashing them.

Doug is a gentleman. He is respectful and has good manners. Other adults always told our parents what a nice young man Doug was. The girls he dated were always good choices; usually more outgoing than he.

His two best childhood friends, Jay and Eddie, are **still** his best friends. I've watched them all grow into wonderful, caring, family-oriented men with hearts of gold.

Doug is not selfish or materialistic. He's always been a "volunteer." He was active in our church youth group. He was in Boy Scouts (our Mom was pack leader.) After graduating from college, he joined the Peace Corps and was assigned to a post in Mali, West Africa. For the past 15 years or so, he has taken a group of students to Mississippi to participate in Habitat for Humanity.

In more recent years, I've been able to watch Doug grow into, and cherish, his role as a father to his (and wife Susan's) son Knox , who is 14-years-old. He and Knox are close and I know Knox loves him.  He's devoted, attentive, patient, a great teacher and fun. Knox has been his "shadow" since he was able to walk. Recently, Doug shared with me that his one goal had been to give Knox a childhood like he and I had.

One story describes Doug very well – When he was 20-something, he was assaulted at a University of Tennessee football game. He had grown a long, thin braid of hair as many other guys did back then. On a dare, a drunken fraternity member came up behind my brother while he was sitting in the stands, grabbed his braid and cut it off with a knife. Without turning around, Doug grabbed the jerk's wrists and held onto him quietly until security officers arrived. He didn't fight or curse at his attacker. When the officers arrived and took physical control of the perpetrator, one officer asked Doug if he wanted to "get in one punch" while the guy was being restrained. Doug declined.

Doug is, honestly, one of the good guys.


Sincerely,


Karen Mynatt
s/redacted

Dear Judge Mihm,

15 year ago I had the honor of being hired as an assistant track coach for the University High School track team by Doug Mynatt. I was a Sophomore at the U of I at the time, and this opportunity would be something that would shape my life for the better for many years to come. Only after a couple seasons of coaching, Doug bestowed upon me the responsibilities of heading up the coaching of all the sprinters and field event athletes.

In all, I spent 11 years coaching underneath Doug for the track team, and 15 years for cross country. The training and mentorship I received from him was invaluable. He was firm, never holding back with coaches or athletes if found misbehaving or lacking proper discipline, but always forgiving, never holding the sins of anyone against them. More importantly, he was always encouraging, always promoting that which was good, celebrating everyone in their achievements. Everyone around him respected him. His mere presence would not only command a more respectable level of behavior, but would instill a drive for all those around to strive to be their best.

More personally, I came into University High School with no experience or desire ever to be in any form of leadership role. Through years of mentorship, Doug taught me things like how to treat students respectfully, how to conduct myself professionally with other people in a wide variety of circumstances, and how to effectively manage programs, emotions, and groups of other people. The shy, highly introverted self that I had been before joining the coaching staff made way for a more organized, professional, and all around confident version of myself, and much of this is due to his influence.

For the final few years I spent coaching under Doug in track, he would often be torn working late hours with the track team, and trying his best to be present for an array of activities for his son Knox. While I could see his dedication for the school and constantly working long hours for the students, I knew that he wanted to spend more time with his family, and it eventually led him to resign from the head track coaching position after my 11th year of coaching under him. But his love for the school and for the students remained, and he continued to coach cross country in the fall. Even as I took on the mantle of head track coach the following year, he would still show up for occasional track meets to not only watch and encourage the students in their competition, but also to help support me and assist in working the meet.

Several weeks ago when I heard of the arrest of Doug, it took me several days to accept the reality of the situation, as it seemed grossly out of line with the man I had come to know. While his recent actions that brought us here are inexcusable and certainly warrant consequence, I certainly feel these actions are far from being characteristic of the man I know Doug to be. From my knowing him 15 years, all I have personally seen and experienced is a caring teacher, a wise mentor, a loving husband and father, and a dear friend. I hope that my account of Doug might help to accurately shed some extra light into the man that is Doug Mynatt.

Respectfully yours,
Karl Knox

**Elisabeth Pollock**

| | |
|---|---|
| **From:** | s/redacted |
| **Sent:** | Sunday, January 10, 2021 7:35 AM |
| **To:** | Elisabeth Pollock |
| **Cc:** | s/redacted |
| **Subject:** | Letter for DM |

Dear Honorable Judge Mihm,

      As a former colleague and parent who has known Mr. Doug Mynatt for over 17 years, I am writing a letter of support for Doug Mynatt. However, I am so disappointed in Doug in this behavior. I would have never guessed in a thousand years of Doug being involved in this type of behavior. It is damaging to so many people: his family, his students, and colleagues, and of course the victims themselves. Secondly, I have been in contact with him via letters and he is very remorseful. He has expressed the regret over this behavior he has brought upon his circle of influence as well as his actions. As he stated in his letter, "I have cried everyday giving me the opportunity to be sad". And he should be. He has left a great family including a son in high school who looked up to him and is now ashamed of him.

      Doug Mynatt has had both of my children under his care at Uni, on the many Habitat to Humanity trips he has taken and on an overseas trip to Japan with my daughter. Never once has Mr. Mynatt ever been hinted of any inappropriate behavior toward my children or any of any of the other students in my ten years of working alongside him at Uni. In his 22 years at Uni he has had a positive

1

impacted on many students and athletes, he has served as a chaperone on senior trips to New Orleans, New York, Chicago, and Wisconsin Dells.

I know you have your expectations in terms of minimum and maximum years of prison in your sentencing. I hope you can take his positive history into account.

Thank you for your time,

Karl Radnitzer

**Elisabeth Pollock**

| | |
|---|---|
| **From:** | Kate Berger s/redacted |
| **Sent:** | Friday, April 10, 2020 1:18 PM |
| **To:** | Elisabeth Pollock |
| **Subject:** | Doug Mynatt letter |

Honorable Judge Michael Mihm
112 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

April 10, 2020

Dear Judge Mihm-

Like the rest of the Uni High class of 1999, and thousands of other alumni, staff, and families, I was shocked and heartbroken to learn of Doug Mynatt's arrest and admission of guilt related to federal child pornography charges. How could a man I loved and trusted throughout high school be guilty of such horrendous acts?

Doug was one of many teachers that I loved in high school. I participated in track one season and Doug was my coach. I had never completed a 5K before, and with Doug's support and encouragement, I was able to run the whole way that year, a feat I didn't accomplish again until my 30's. Doug was such a motivator to so many of us. He listened to our problems. He laughed at our jokes. He shared his life with us yet gently set appropriate boundaries around our teacher-student relationships.

One of the things I loved most about Doug was the way that he understood and valued our perspectives and dreams. As a high school educator myself, I know how important it is to validate what students are feeling and experiencing. It is truly one of the most important times in their lives, and Doug always made us feel like what we were going through was significant. My fondest memory of Doug is when he chaperoned our trip to Mississippi to build houses with Habitat for Humanity. While this was a time where his relationship with students went beyond the traditional school setting, I only remember feeling supported and inspired by him.

I had the pleasure of seeing Doug twice in 2019, for the first time in a long time. I saw him and his family at Crystal Lake Pool last summer, and then he joined us for our 20th high school reunion. In those interactions I was reminded how solid of a part of my high school career he was. He was and is important to me and so many others.

The Doug Mynatt that I know and love is a good man. He is kind, compassionate, and an inspirational teacher. And yet, I am sickened by his behavior. Like many others, I am struggling to reconcile this new information with the man I knew. Yet the truth is that his behavior does not negate the other great things about him. It doesn't change the experiences that I had with him.

While I am not a clinician and make no claims to diagnose, I believe strongly that mental illness needs to be treated therapeutically, not with punishment. My greatest hope is that Doug will get the support that he needs to overcome these compulsions and change his behavior. While I understand that there are consequences for actions, I firmly believe that rehabilitation is more effective than punishment. I implore you to work with Doug and his team to approach the consequences in a restorative way.

Please feel free to reach out if there is anything else I can clarify or share. I am heartbroken for Susan and Knox, for the children perpetrated against, and for our Uni High community who is reeling from this news. I am hopeful, though, that Doug can be the man that we all knew and loved in high school again.

Sincerely,

Kate (Schrepfer) Berger

1

Uni High Class of 1999

6/12/20

Judge Mihm,

I only know Doug Wynatt to say "hello" by way of his son. I've met his son thru one of our grandaughters.

On Sunday's the Wynatts, my husband and I often had breakfast in the same restaurant. His son would always come sit with my husband and I, chat about our activities and my grandchildren and our families. The boy became a valued part of our lives, like watching a grandchild grow.

On occasion I would ask his mother to photograph the two of us together ... he growing taller, me shrinking.

I only met his Dad, Doug Wynatt, to brag on his son, to wave a "hello" or "good bye".

s/redacted

To Whom It May Concern:

My name is Lena von Machui and from 2012-2016 I worked as the Affiliate Coordinator for the Clarksdale, Mississippi chapter of Habitat for Humanity. During that time period, I managed hundreds of volunteer groups who traveled to this small town in the Mississippi Delta to help build affordable housing for deserving Clarksdale families.

Mr. Doug Mynatt was one of those volunteers, and while I haven't seen Mr. Mynatt in several years, he still stands out in my mind as one of the most gracious, kind and generous individuals of the thousands of volunteers to come to donate their time and expertise to the organization. Mr. Mynatt came to Clarksdale every year with a group of High School students and demonstrated an enormous amount of patience and professionalism with the student volunteers, as well as with the members of the local community.

My personal view of Mr. Mynatt was always a positive one, I perceived him as a generous soul, always willing to go out of his way to lend a helping hand to anyone in need.

Thank you for your attention in this matter,


Lena von Machui
Former Affiliate Coordinator CAHFH
Current Merchant Mariner
s/redacted

7/6/2020

Dear Judge Mihm,

My first memories of Doug Mynatt were as a high school coach and teacher. I knew him to be positive, pleasant, encouraging and well liked and respected, and especially devoted to his cross country and track teams. The overwhelming majority of students I knew felt the same way. I also knew Doug because he chaperoned 2 school sponsored service trips I went on to Clarksdale, MS, to work with Habitat for Humanity.

This connection endured (and does to this day) as we are both very passionate about supporting this beautiful yet poverty stricken piece of the country.  After graduating college, and because of my experiences from volunteering in high school, I moved to Clarksdale, MS to work full time for Clarksdale Area Habitat for Humanity.  Doug continued to chaperone the annual service trips while I worked there, and I always looked forward to his coming. He was very diligent, always pleasant, sincerely interested in both the work and also the people impacted by the work, and was dedicated to the success of the trips. In all, I believe he has chaperoned a total of 18 or 19 week-long service trips to Clarksdale and Coahoma County, MS.

However, his commitment to the homeowners, kids, and community members he met while in Mississippi extended beyond his annual service trip, and this is what always impressed me about Doug. While working with Habitat for Humanity, it was my job to send fundraising letters and emails, several times per year. Many volunteers flat out told me their volunteer work was enough-they wouldn't send money on top of that. But not Doug. Doug responded generously to nearly every single request!! He even participated in and helped organize fundraising activities with his students to support our home building as well. After 5 years, I left Habitat for Humanity to work with a non-profit youth program in Clarkdale, which Doug also generously supported, in addition to his ongoing support of Habitat for Humanity.

Needless to say I was shocked and saddened by his arrest, and had a hard time believing the charges (even after he admitted to them) because it is totally incongruent to the person I know as a teacher, friend and co-laborer.  Never did I see or suspect anything at all improper or inappropriate between him and any current or former students. Despite what has come to light, I still believe in Doug, definitely believe that he will take full accountability and responsibility, and that he deserves a shot at redemption.  I know that he is filled with remorse and shame. For his family's sake, I urge you to follow a relatively lenient sentence.

Sincerely,

s/Matt Sutton

Matt Sutton
Clarksdale, MS

1 | P a g e



May 27, 2020

Hon. Michael M. Mihm
United States District Judge
112 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

Dear Judge Mihm:

I write this letter in support of Doug Mynatt. Given my long familiarity with Mr. Mynatt, please allow me to refer to him as Doug.

I met Doug almost twenty years ago. At the time, my twins, Ben LeRoy and Sarah LeRoy, were entering University Laboratory High School in Urbana, Illinois. Doug was part of a stellar teaching team. In my high school days, we would have called Doug and his colleagues "PE teachers." This was not Doug's or his colleagues' formal titles—and for good reason. Their teaching was more integrated in the Uni curriculum compared to my experiences in high school.

Doug was a teacher who had a broad range of teaching responsibilities and skills— physical conditioning, nutrition, preventive health, mental health and related subjects. He excelled in all teaching phases.

Doug was an instructor of record for both Sarah and Ben. At Uni, instruction was blended in the sense that boys and girls were taught together. The physical part of this educational experience was crucial in instilling rigor, discipline, goal-setting, goal-achievement and constant self-improvement. My kids were disinterested in becoming physically fit. Doug—and his colleagues—provided daily structure, and step-by-step improvement in running, strength, and flexibility.

My kids have reaped potentially lifelong benefits from this instruction, as they have adopted much healthier fitness, wellness, and dietary habits.

Doug treated my son and my daughter with equal measures of respect. He was close enough to them to be effective as an instructor but he clearly was removed enough to be an instructor and not a buddy.

As a parent, I was not in a position to make direct observations of this instructional experience. But simply from our nightly dinner conversations, I knew that Doug was a trusted and valued teacher.

Ben and Sarah graduated and enrolled in college in 2005, and after a four year hiatus, their younger brother, Sam, became a Uni student.

Sam had the same positive experiences with Doug.

I should add that Uni High admits 7th and 8th graders in a compressed cohort called "subbies" (sub-freshman). My point is that Sam and his older siblings each had a five year student-teacher relationship with Doug.

Thus, my observations of Doug at Uni High stretch from 2000 through 2005, and 2009 through 2014.

Let me transition to my observations of Doug outside of my children's educational experiences. These impressions fall in two domains.

First, as a faculty member at the University of Illinois at Urbana-Champaign, I have daily access to the Armory. This large building houses UIUC's indoor track. During evenings and early mornings, over many years, I observed Doug coaching Uni High students. Doug's coaching style was quiet, encouraging, and even-keeled. It seemed that students understood what they were expected to do, and Doug was there to hold them accountable and to provide encouragement.

Second, I often encountered Doug in our community with his wife Susan and their son, Knox. They were all inseparable. The only time I saw them apart from each other was when Susan ran a 5K (I ran near her), and I saw Doug and Knox on Green Street cheering Susan on.

I have known Knox since he was a toddler. He has always been extremely close to his father—and his mother. Doug and Susan were singular in their parenting. They encouraged Knox to grow intellectually.

3 | P a g e

They also cultivated a sweet and respectful disposition in Knox. Knox is a very special young man. Doug and Susan deserve all the credit for this, in equal measures.

Whatever the future holds, I would invest myself in reconnecting with Doug. He has more than twenty years of high-reputational equity in my family and my community. ***I cannot walk away from this good man.***

Thank you for your time and consideration.

Sincerely,

s/Michael H. Leroy

Michael H. LeRoy
**Professor**
**School of Labor & Employment Relations  & College of Law**
**University of Illinois at Urbana-Champaign**

June 1, 2020

Dr. Nathaniel Mathews
s/redacted

To the US District Court, C.D. Illinois
Urbana, IL

Re: United States v. Mynatt, Case No. 20-mj-7060

I am writing as someone who has known Doug Mynatt personally for several decades, since he served as track and cross-country coach from 1995-1999 at Uni High. Like many in our alumni community, I was shocked to wake up to the news in early April that Doug had been charged with possession and distribution of child pornography. Reading the charges, I was disturbed and outraged for the victims in these videos, which from their descriptions are clearly videos of child sexual abuse.

For the last couple months, I have been dialoguing with other former students of Doug, who have felt the same feelings of shock, hurt and confusion. I have talked with former co-captains of the track and cross-country teams, to solicit their opinions and remembrances. We have all been processing, healing, and trying to learn more. Part of the shock is that no one I know saw evidence of impropriety from Doug, during their time as students and team members. In fact, the overall student experience of Doug was of a kind man, one who listened to vulnerable students and was a valued mentor, and a brilliant coach, capable of bringing out student's hidden potential as runners.

Doug's impact on my life goes beyond running. Over the years, we had many discussions about life, politics, religion, music and Southern history. Doug was one of the leaders of a life-changing service trip I took to the Mississippi Delta as a sophomore at University high school, a trip that would shape my post-high school career trajectory in a number of profound ways. His style of leadership on and off the track has been influential on my own.

I have not been able to fully reconcile this image of Doug, with the image of Doug as a consumer of child pornography. Though I still do not fully understand the triggers for this behavior, I have come to understand that the impulse to consume this vile product is a kind of addiction. I am far from an expert on the subject, but what this means to me is that child porn consumption is a pathology that can be treated. For this reason, and because I am also ethically concerned about the expansion of mass imprisonment in US society as a tool for solving every social problem, I am opposed to treating consumption of child porn with punitive measures like excessive prison time. I cannot excuse what Doug did, and my prayers and my sympathies remain with the victims. I imagine the shame of having this behavior exposed has been quite painful for Doug, as well as his family. But my hope for Doug is that he can receive treatment and learn how to manage this destructive impulse, at the same time that the court works towards justice for the victims of this behavior.

Regards,

Dr. Nathaniel Mathews
s/Dr. Nathaniel Mathews

From: Robert Bruzik                                        6/7/2020

   s/redacted

To: Judge Mihm

Re: Doug Mynatt

      Case # 20-mj-7060

I am sending this letter on behalf of Doug Mynatt. I meet Doug for the first and only time for the Mynatt family reunion that they have every year in Tennessee, his home town. I am currently dating/engaged to Doug's sister Karen. I have spoken with Doug on the phone a few times before meeting him in Tennessee. I herd a lot about Doug through his sister. I liked the things I had herd about Doug and his family. He is very close to his son (Knox) and his wife Susan. When I meet him I really liked him for his family life and his values. He has achieved a lot with his commitment to teaching and cross country training with the school.

      Doug has a great personality and a really big heart. Doug is always sincere about friends and family. I am the type of guy that will bend over backwards to help my family or my friends, and Doug reminded me of myself. I know if I asked Doug to come to Connecticut and help me build my new deck, he would take the next plane to come help me. Doug is always kind and polite to me and always asks about my family whenever we talk. Karen, Doug's sister who I adore truly has one of the biggest hearts a person can have, I see how she is with her son and her family. and I know that Doug also has the same family values., I am blessed to have meet Karen and I know Doug is very much like her.. To Sum it up, I wish I had known Doug a long time ago, I couldn't ask for a better future brother in law than him, He is a really great guy and good friend.

      Thanks for your time and for listening.

s/Robert Bruzik

   Robert Bruzik.

To Whom It May Concern,

I am writing this letter of support for Doug Mynatt. I served as the Athletic Director and Head of the Physical Education Department at University High School from August of 1983 to June of 2014.

I have known Doug since I hired him in January of 1992 to be an assistant coach for the boys' and girls' track teams. When the head coach, who also was a PE teacher and cross country coach, left for another job I immediately asked Doug if he would like to step in to each of those roles. I had seen how he interacted with our athletes, who obviously respected him and appreciated his knowledge of the sport and knew he would be a good fit for our school. I always felt I when I hired Doug, that it was not just a great PE/Athletic Department hire but one that the entire school would benefit from because of his very diverse background, including his work with the Peace Corps.

I was always so impressed with and proud of how Doug, as a coach, ran his programs. He had high expectations for how his athletes were going to train but also how they were going to act both on and off the playing field. He always stressed that they should be representing themselves and Uni in a positive way. Being young adults, they were going to make mistakes and test boundaries, but Doug always held them accountable and they knew and respected that. More so than any other athletic program at Uni, Doug's teams were very supportive and inclusive of one another. The upperclassmen were leaders and always were there to lead the way for those less experienced. They offered advice and strategies but often it was simply them giving up a Friday night or a Saturday morning to attend the meets of the younger athletes, who then returned the favor. I knew that came from Doug and so appreciated the environment that he created for his teams. Our entire school benefited from that because that respect and support was not just present during team events, but every day throughout the school year.

Doug also continued to support his athletes after they left Uni and were competing collegiately by often attending their competitions. I know they greatly appreciated having their former coach there to cheer them on.

Part of Doug's job responsibilities at Uni was to serve as the administrator in charge of home athletic events, which at a small school like Uni includes taking care of every particular of the event, setting up and taking down all equipment for the event, making sure all necessary parties are present, ready to work and play and then managing the game crowds. Doug was always prepared and handled every aspect of his job so professionally. I never had to worry about anything when Doug was in charge. He took his jobs as a coach, teacher and administrator very seriously and always made sure things were left better than he found them.

Doug was part of the Uni Habitat for Humanity group that visited Clarksdale, MS each year and provided great leadership to that group as well. He also gave of his time very freely for any

event at Uni that needed a supervisor or provided an opportunity for our students to do something positive for themselves or our school.

While Doug and I did not always agree on everything, we always spoke freely, listened to one another's thought process and were respectful of the final decision. It was always apparent to me that Doug wanted what was best for our students and was supportive of whatever was going to help make them a better, stronger person.

I know what a powerful and positive impact Doug had on so many students and athletes at Uni High, as well as colleagues. I also know that I could not have had a better person to work side by side with for 21 years. Doug was not just a colleague but a very trusted and valued friend.

Doug was also a very proud father and very involved in Knox's life from the beginning. He would often bring Knox to athletic events and practices just so he could spend time with his son. As an administrator, I always encouraged our coaches to bring their children to practices and games because I wanted our student-athletes to see that their coaches/teachers were also parents who loved their children and valued their families.

During school breaks and summer vacations Doug and Knox were always together and often off on an adventure of some sort. I know Doug's world revolved around Knox and Susan and know how much they meant to him. I know now that his highest priority is that they are taken care of.

I trust that Doug's many positive contributions to the life of our school and our community be considered when determining his sentence.

Sincerely,

Sally Walker

May 12, 2020

Judge Mihm,

I first met Doug Mynatt when I started work at University Laboratory High School in August 2003. Doug was wearing his ubiquitous Tennessee orange baseball cap, and I, being a University of Kentucky fan, commented. That began a friendship grounded on good-natured rivalry, a mutual love of SEC sports, and a commitment to the students at Uni High. Please allow me to tell you about the Doug Mynatt I know.

The Doug I know is dedicated to his family. I remember well the joy in Doug's face as he told me about first meeting his wife, Susan. The birth of his son, Knox, transformed Doug. He is totally devoted to his son. One need only see the multiple Facebook posts from the family's annual trip to Doug's home in East Tennessee to realize that Doug's world centers on Knox. Every shot shows Knox at a historic site, a scenic overlook, or a familiar Knoxville venue. Talk to Doug about Knox and his parental pride clearly shows.

The Doug I know is passionate about issues of social justice. No doubt Doug's time in the Peace Corps solidified those feelings, but I suspect his interest in social justice was part of what spurred him into the Peace Corps to begin with. Doug's drive for helping the oppressed comes through obviously in his yearly trip to Mississippi with the Uni High Habitat for Humanity group. There, Doug helps the often-privileged students at Uni see the effects of poverty and systemic racism in that part of the South. Since Doug no doubt grew up around similar situations in East Tennessee, he offers a strong voice on the subject to Uni students. Doug's dedication to this topic is not merely a once-a-year thing. He and I often discussed current events dealing with examples in our community and country involving racial and social injustice.

The Doug I know is a consummate educator. He strives constantly to help his students be better, both physically and mentally. He pushes his students to give more, to better what they thought they were capable of. I know this first hand from my two daughters who attended Uni. As their P.E. teacher, Doug showed them both they could do more than they thought. The lesson was one that carried over into other aspects of their life, too. Now, more than ten years after graduating, they both use running as a way to stay physically and mentally fit, though neither of them is anywhere close to being "athletic." They both attribute this habit to Doug and his Uni class.

The Doug I know treated all people with respect. Since he and I had our sports rivalry, he often teased my daughters about being Kentucky fans, but it was always a means for showing his concern and motivation. He interacted with his students in a caring and casual way, and I saw repeatedly their appreciation of his manner. As a fellow teacher, I was aware that some students were a frustration for Doug, but that frustration never came through in class. He treated all of his students the way he wanted all people to be treated.

Like all of us, Doug is not without his faults, but the Doug I know is, in essence, a good, caring, thoughtful man. I appreciate your taking the time, Your Honor, to let me tell you about the Doug Mynatt I know.

Sincerely,

s/Stephen E Rayburn

Stephen E Rayburn

s/redacted

12 May 2020

The Honorable Michael Mihm
US Judge, Central District of Illinois
c/o Elisabeth R. Pollack
Federal Public Defender
300 W. Main St.
Urbana, IL 61801

Your Honor,

First and foremost, thank you for your service to our community and our country in the pursuit of equal justice under law.

We have known Doug Mynatt since spring 2009, when he served as one of the Physical Education teachers for our three daughters at Uni High. He also served as track coach for Elizabeth (2009), track coach for Claire (2011-2015) and track and cross country coach for Annemarie (2012-2017). During this time Doug had considerable coaching success, and Annemarie was one of his most successful athletes. Our primary encounters with Doug were at athletic events, but we met at the high school occasionally to discuss my children or other matters. As the co-presidents of the Parent Faculty Organization for three years, we knew all the faculty.

Doug was a tireless champion of our children. He wrote college letters for two, and nominated one for an IHSA award. He always put the student-athlete first. As one example, he was careful not to overwork the athlete, even when it may have served his interests in the short run. He was successful in coaching, both in terms of training and in terms of decision-making. He was always available to parents (and presumably more so to our children). He was as optimistic as possible within the constraints of realism, a rare combination. His quirky sense of humor worked well with high school students and with us.

In addition to his teaching and coaching responsibilities, Doug helped to supervise Uni's Habitat for Humanity program. During spring break, Doug led student teams, including our daughters, to Clarksdale, MS, to assist our very poorest citizens by helping them build their homes. These trips built more than homes—they built character and empathy in the citizens and the students. Doug deserves significant credit for his leadership.

In 2015, we suffered a house fire. Within a few days, Doug had organized the Uni High athletes to come to our house for assistance in cleanup. We remember Doug and his family arriving first and leaving last. Doug took the lead in identifying projects and assigning students—picking up nails and broken glass, for example. And we recall Doug pushing a broom endlessly around what remained of our garage to help us remedy (some of) the damage in an effort to help. It meant everything at a time of crisis to have a friend like Doug, who brought his organizational talents, his personal effort, and most of all his good cheer and support.

In summary, we found Doug Mynatt to be a superb coach and a better man.

Respectfully submitted

s/Steven C Michael

Steven C. Michael, Ph.D.
Professor of Business Administration
University of Illinois at Urbana Champaign
(written in our capacity as private citizens)

s/Melanie A. Michael

Melanie A. Michael, MBA
Senior Instructor of Communications
UIUC