IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-cr-20035 |
| ) | |
| DOUGLAS O. MYNATT, ) | |
| ) | |
| Defendant. ) | |

**MOTION OF THE UNITED STATES FOR A FINAL ORDER
OF FORFEITURE, WITH SUPPORTING SUGGESTIONS**

NOW COMES, the United States of America, by its attorneys, John C. Milhiser, United States Attorney for the Central District of Illinois, and Richard Kim, Assistant United States Attorney, and respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case for the reasons set forth in the following supporting suggestions. A proposed order is submitted with this motion.

**SUPPORTING SUGGESTIONS**

1. The Indictment herein sought forfeiture, pursuant to 18 U.S.C. § 2253, of (a) any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged therein; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged therein; (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses

alleged therein, including, but not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed as follows: Apple iPhone 8, mobile device, Model A1863, S/N: C8PWT1Q3JC6D.

    2.    On October 9, 2020, the Defendant entered into a written plea agreement with the United States wherein he pleaded guilty to the Indictment and agreed to the forfeiture of the item listed in the forfeiture notice contained therein.

    3.    By virtue of the Defendant's admissions at the time of his change of plea hearing and in the written plea agreement, and the evidence presented by the Government, this Court found that the Government has proven the appropriate nexus between the item sought to be forfeited and the offenses to which the Defendant pled guilty and entered a Preliminary Order of Forfeiture regarding the above-described property on October 16, 2020.

    4.    In accordance with 18 U.S.C. § 2253, the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for a period of thirty days beginning on November 18, 2020, on www.forfeiture.gov, an internet site maintained by the U.S. Department of Justice. A

Declaration of Publication has been filed herein specifying the details of this publication. All interested parties have been served.

5. No claims were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a final order of forfeiture as proposed in the attached order.

>Respectfully submitted,
>
>JOHN C. MILHISER
>UNITED STATES ATTORNEY
>
>By: */s/ Richard Kim*
>Richard Kim, IL Bar No. 6226879
>Assistant United States Attorney
>United States Attorney's Office
>318 South Sixth Street
>Springfield, IL 62701
>Telephone: 217-492-4450
>Email: richard.kim@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                              */s/ Richard Kim*
                                              Richard Kim, IL Bar No. 6226879
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              318 South Sixth Street
                                              Springfield, IL 62701
                                              Telephone: 217-492-4450
                                              Email: richard.kim@usdoj.gov